**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:       (406) 657-6989
E-mail:    Lori.Suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

**FILED**

JUL 19 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KATHERINE DIANE MILLS, <br><br> Defendant. | CR 18-91-BLG-SPW <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE** <br> Title 21 U.S.C. § 846 <br> (Count I) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> Title 21 U.S.C. § 841(a)(1) <br> (Count II) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) <br><br> **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

1

THE GRAND JURY CHARGES:

## COUNT I

That beginning in 2017, and continuing through the date of the indictment, at Billings and within Yellowstone County, and other locations in the State and District of Montana, and elsewhere, the defendant, KATHERINE DIANE MILLS, together and with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess with the intent to distribute, and to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in 2017, and continuing through the date of the indictment, at Billings and within Yellowstone County, and other locations in the State and District of Montana, and elsewhere, the defendant, KATHERINE DIANE MILLS, knowingly and unlawfully possessed, with the intent to distribute, 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_for_ KURT G. ALME
United States Attorney

_for_: JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____